Arturo Medina
#743972
Darrington Unit
59 Darrington Rd
Rosharon, TX 77583

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 8 2015

CHRISTOPHER A. PRINE
CLERK

April 5 , 2015

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, TX 77002-2066

RE: Arturo Melo Medina
     Cause Number: 01-96-00259-CR,
     01-96-00260-CR, 01-96-00261-CR

Dear Mr. Prine,

   My purpose in writing is to request that you forward to T.D.C.J. the opinion rendered in Cause Nos. 9427214, 9427213, 9427947. In said opinion this court reformed the trial courts judgment to delete the affirmative finding of a deadly weapon. I tried to get a copy of the judgment from the district clerk but the trial court informed me that they didn't have a copy of this opinion. See attached.
   I have a copy of this opinion but T.D.C.J. will not honor a copy coming from an inmate. It has to come from the courts.
   This opinion was rendered on November 6, 1997. Since that day I've been trying to get T.D.C.J. to delete the deadly weapon finding from my records. The only way to delete it is for you to notify them that the affirmative finding was indeed deleted.
   Your assistance in this matter would be appreciated.

Arturo Medina Melo

B

February 10, 2014

**Arturo Medina**
**#743972**
**59 Darrington Rd**
**Rosharon, Texas 77583**

Re:     Your Request Received: 01/21/2014
        Reference Name: Arturo Medina
        Cause Number: 9427213,9427214, & 9427947

Dear Arturo Medina,

Certified copies of the Criminal document(s) in the above referenced cause number(s) are enclosed.

☒ Other: Judgement/Sentence, Second Request for Hearing,Response to 2nd request for hearing, Motion for NUNC PRO TUNC & Mandate, Docket sheet.  There was not a reformed judgment in your file.  You may have to contact First Court of Appeals about getting a reformed judgement. @ 301 Fannin, Houston, Texas 77002-2066.

Sincerely,

Chris Daniel, District Clerk
Harris County, Texas

By: _Mary S Pantoja_
Mary S Pantoja, Deputy District Clerk

Enclosure

#1938712
Darrington Unit
59 Darrington Rd
Rosharon, TX 77583

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR - 8 2015

CHRISTOPHER A. PRINE
CLERK

7700220568199

NORTH HOUSTON TX
06 APR 2015 PM 7 L

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, TX 77002-2066